

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00707-CR

Burdane Maurice **GRANGER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17780
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file the appellant's brief is granted. We order counsel for appellant, M. Patrick Maguire, to file the appellant's brief by January 25, 2019. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court